No. 11-5843. Joe V. Wright, Petitioner v. Old Castle Glass Inc., et al.

565 U.S. 965, 132 S. Ct. 458, 181 L. Ed. 2d 298, 2011 U.S. LEXIS 7533.

October 17, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

No. 11-5845. Arseles D. Miller, Petitioner v. Kenneth S. Tucker, Secretary, Florida Department of Corrections, et al.

565 U.S. 965, 132 S. Ct. 473, 181 L. Ed. 2d 298, 2011 U.S. LEXIS 7589.

October 17, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

No. 11-5850. Roy Hunt, Jr., Petitioner v. Harold W. Clarke, Director, Virginia Department of Corrections.

565 U.S. 965, 132 S. Ct. 458, 181 L. Ed. 2d 298, 2011 U.S. LEXIS 7568.

October 17, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 421 Fed. Appx. 268.

No. 11-5860. Jimmy Fletcher Meders, Petitioner v. Hilton Hall, Warden.

565 U.S. 965, 132 S. Ct. 458, 181 L. Ed. 2d 298, 2011 U.S. LEXIS 7490.

October 17, 2011. Petition for writ of certiorari to the Superior Court of Georgia, Butts County, denied.

No. 11-5861. David Mendez, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.

565 U.S. 965, 132 S. Ct. 458, 181 L. Ed. 2d 298, 2011 U.S. LEXIS 7531.

October 17, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

No. 11-5869. Alphonso Cave, Petitioner v. Kenneth S. Tucker, Secretary, Florida Department of Corrections, et al.

565 U.S. 965, 132 S. Ct. 473, 181 L. Ed. 2d 298, 2011 U.S. LEXIS 7460.

October 17, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 638 F.3d 739.

No. 11-5873. Tony B. Gaskins, Petitioner v. Ronald T. Duval.

565 U.S. 965, 132 S. Ct. 458, 181 L. Ed. 2d 298, 2011 U.S. LEXIS 7544.

October 17, 2011. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.

Same case below, 640 F.3d 443.

No. 11-5878. Raymond Moliere, Petitioner v. Burl Cain, Warden.

565 U.S. 965, 132 S. Ct. 458, 181 L. Ed. 2d 298, 2011 U.S. LEXIS 7536.

October 17, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.